IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BRENT SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>QWEST CORPORATION, and COMMUNICATIONS WORKERS OF AMERICA<br><br>    Defendants. | No.: 3:12-cv-1272-BR<br><br>**ORDER DISMISSING WITH PREJUDICE ALL CLAIMS** |

  COMES NOW THE COURT, and having considered the Stipulation for Dismissal with prejudice by all parties, and being fully advised in the premises,

  HEREBY ORDERS that all claims in this case against Defendants Qwest Corporation and Communications Workers of America are dismissed with prejudice; each party to pay all of their own costs and fees incurred in this matter.

DATED this 8th day of April, 2013

                _____
                UNITED STATES DISTRICT JUDGE